No. 58.  CARRIER CORPORATION v. REFRIGERATION ENGINEERING, INC.  C. A. 9th Cir.  Certiorari denied.  *Herman Seid* for petitioner.

No. 59.  HALESTON DRUG STORES, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.  *Wilber Henderson* for petitioner.  *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Norton J. Come* for respondent.

No. 60.  SEA VIEW, INC. ET AL. v. WEINSTEIN, GUARDIAN, ET AL.  C. A. 5th Cir.  Certiorari denied.  *R. W. Thompson, Jr.* and *Webb M. Mize* for petitioners.  *William L. Guice* for Weinstein; and *Albert Sidney Johnston, Jr.* for Coopers, Inc. et al., respondents.

No. 61.  BATES ET AL. v. BATTE ET AL.  C. A. 5th Cir.  Certiorari denied.  *Robert L. Carter* and *Thurgood Marshall* for petitioners.  *Rufus Creekmore* for respondents.

No. 63.  AUGUSTINE ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Frederick Bernays Wiener* and *Jacob Kossman* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Caudle* and *John Lockley* for the United States.

No. 64.  UNION STARCH & REFINING CO. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.  *Harry T. Ice* for petitioner.  *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Norton J. Come* for respondent.